UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NADIRA A. PITTMAN,

       Plaintiff,

 -against-

UNITED STATES GOVERNMENT,

       Defendant.

24cv2909 (LTS)

CIVIL JUDGMENT

 For the reasons stated in the June 27, 2024, order, this action is dismissed.

 The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: June 27, 2024
    New York, New York

          /s/ Laura Taylor Swain
          LAURA TAYLOR SWAIN
         Chief United States District Judge